846

Jaquine Roberto TAYLOR

v.

STATE

CR-14-0278

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

EX PARTE Rickey CRITTENDON

CR-14-0280

Court of Criminal Appeals of Alabama.

02/04/2015

Mand. pet. denied

EX PARTE Monterrio James GOSS

CR-14-0281

Court of Criminal Appeals of Alabama.

02/19/2015

Mand. pet. denied

EX PARTE Jonnel DAVIS

CR-14-0298

Court of Criminal Appeals of Alabama.

02/03/2015

Mand. pet. denied

Kenneth Ray CORNELIUS

v.

STATE

CR-14-0310

Court of Criminal Appeals of Alabama.

01/15/2015

Reh. denied 03/12/2015

Dismissed

EX PARTE Tyrone Marshall
BENNETT

CR-14-0318

Court of Criminal Appeals of Alabama.

03/12/2015

Transferred to Sup. Ct.